467 A.2d 601

**Roberta B. FISKE, Petitioner,**

v.

**Douglas FISKE, Respondent.**

Supreme Court of Pennsylvania.

Sept. 29, 1981.

## ORDER

PER CURIAM.

And now this 29th day of September 1981, Petition for Allowance of Appeal, 292 Pa.Super. 507, 433 A.2d 119, is granted and it is hereby ordered that the above-captioned matter be remanded to the Court of Common Pleas of Montgomery County for the purpose of entering an appropriate money judgment for arrearages owed by respondent to petitioner.